**1056** 

[No. 40125-4-I. Division One. January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMAR
DURRELL BETTIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-02639-1, Larry Jordan, J., entered Febru-
ary 7, 1997. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Coleman and Cox, JJ.

[No. 40613-2-I. Division One. January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MALAKAI B.
LUCAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07394-2, Richard M. Ishikawa, J., entered
April 28, 1997. *Affirmed in part* and *remanded* by unpub-
lished opinion per Coleman, J., concurred in by Webster
and Cox, JJ.

[No. 40689-2-I. Division One. January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MALAKAI B.
LUCAS, *Defendant*, MATTHEW NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07395-1, Richard M. Ishikawa, J., entered
April 8, 1997. *Affirmed in part* and *remanded* by unpub-
lished opinion per Coleman, J., concurred in by Webster
and Cox, JJ.

[No. 40698-1-I. Division One. January 19, 1999.]

PRZYBYLSKI, INC., *Respondent*, v. JOHN CORCORAN, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-02892-2, Carol A. Schapira, J., entered
April 11, 1997. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Kennedy, C.J., and Grosse, J.